UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| RADOSLAW ZEGLINSKI, *Individually and as attorney in fact,* HEIRS OF KATARZYNA ZIENKIEWICZ, MIECZYSLAW ZIENKIEWICZ, CELINA ZEGLINSKA, and PRZEMYSLAW ZEGLINSKI<br>　　　　　Plaintiffs,<br><br>v.<br><br>DONNA POSEY PAZIUK, *also known as Donna Posey,*<br>　　　　　Defendant. | **JUDGMENT**<br><br>No. 7:18-CV-114-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of defendant's motion to dismiss for failure to comply with court's discovery order or failure to prosecute, and defendant's motion to dismiss plaintiff Katarzyna Zienkiewicz upon notice of death.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered April 9, 2020, and for the reasons set forth more specifically therein, defendant's motions to dismiss are GRANTED. Plaintiffs' claims are DISMISSED with prejudice.

**This Judgment Filed and Entered on April 9, 2020, and Copies To:**
Radoslaw Zeglinski (via US mail) Pelican Walk 215, Hampstead, NC 28443
Heirs of Katarzyna Zienkiewicz / Mieczyslaw Zienkiewicz / Celina Zeglinska / Przemyslaw Zeglinski (via US mail) 11 Teczowa, Wierzchowice 56-300, Poland
Alexander C. Dale / Christopher S. Edwards (via CM/ECF Notice of Electronic Filing)

April 9, 2020　　　　　　　　　　PETER A. MOORE, JR., CLERK

　　　　　　　　　　　　　　　　　　 /s/ Sandra K. Collins
　　　　　　　　　　　　　　　　　(By) Sandra K. Collins, Deputy Clerk